IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHLEEN DOUCET, | ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No.: 1:11-cv-03013-RRM-JMA |
| NELSON, HIRSCH & ASSOCIATES, INC. | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF PENDING SETTLEMENT

The Parties, through undersigned counsel, hereby submit this Notice of Pending Settlement and state that they have reached a settlement regarding this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal document with the Court.

Date:   September 16, 2011

Respectfully submitted,

Allison Polesky, Esq. (AP5446)
Law Offices of Allison Polesky, P.C.
511 Avenue of the Americas, Suite 712
New York, NY 10011
Tel.: 866-479-9500
Fax.: 866-688-4300
consumerrightslawyer@gmail.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 16th day of September, 2011, a copy of the foregoing **NOTICE OF PENDING SETTLEMENT** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

_____
Allison Polesky, Esq.
Law Offices of Allison Polesky, P.C.
511 Avenue of the Americas, Suite 712
New York, NY 10011
Tel.: 866-479-9500
Fax.: 866-688-4300
consumerrightslawyer@gmail.com
Attorney for Plaintiff